UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON BROWN,<br><br>                    Plaintiff,<br><br>        v.<br><br>STUART SHERMAN, et al.,<br><br>                    Defendants. | Case No.: 1:21-cv-1327 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 17) |

Plaintiff seeks to hold defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 16, 2023, the magistrate judge found Plaintiff failed to comply with the Court's order to file an amended complaint and failed to prosecute this action, and recommended the action be dismissed without prejudice. (Doc. 17.) The Court granted Plaintiff fourteen days to file any objections and informed him that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections and the deadline to do so expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de *novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 16, 2023 (Doc. 17) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**November 6, 2023**__

UNITED STATES DISTRICT JUDGE